NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Silvino Garcia-Perez,<br><br>    Petitioner,<br><br>v.<br><br>Katrina S. Kane, et al.,<br><br>    Respondents. | No. CV-13-01870-PHX-SRB<br><br>**ORDER** |

    Petitioner filed his Petition for Writ of Habeas Corpus on September 10, 2013 raising two grounds for relief: 1) that he has suffered prolonged detention and is entitled to a bond redetermination hearing; and 2) that his convictions do not make him a danger to the community. Respondents filed their Response to Petitioner's Petition for Writ of Habeas Corpus on December 12, 2013.  No reply was filed. On June 17, 2014, the Magistrate Judge issued his Report and Recommendation recommending that the petition be dismissed.

    In his Report and Recommendation the Magistrate Judge advised the parties that they had 14 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

    The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

1       IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

      IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is denied.

      IT IS FURTHER ORDERED denying any Certificate of Appealability and leave to proceed in forma pauperis on appeal because Petitioner has not made a substantial showing of the denial of a constitutional right.

      IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

      Dated this 8th day of July, 2014.

_____
Susan R. Bolton
United States District Judge